**Order entered November 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00861-CR

**TERRANCE JARMELL DUNN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-17929-R**

## ORDER

We **REINSTATE** this appeal.

On November 2, 2016, we granted the State's motion and ordered the trial court to make written findings of fact and conclusions of law on the admissibility of appellant's oral statement as mandated by section 6 of article 38.22. *See* TEX. CODE CRIM. PROC. ANN. art. 38.22, § 6 (West Supp. 2016). On November 21, 2016, a supplemental clerk's record containing the written findings of fact and conclusions of law was filed with this Court.

We **GRANT** the State's November 29, 2016 motion to extend time to file the State's brief, and **ORDER** the State's brief received on November 23, 2016 filed as of the date of this

order.

/s/    ADA BROWN
JUSTICE